# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROXANE LABORATORIES, INC., : | |
|     Plaintiff : | |
| : | CIVIL ACTION |
|         v. : | |
| : | NO. 09-CV-1638 |
| SMITHKLINE BEECHAM : | |
| CORPORATION D/B/A : | |
| GLAXOSMITHKLINE, : | |
|     Defendant : | |

## ORDER

**AND NOW**, this _26th___ day of January 2010, it is **ORDERED** that Defendant GlaxoSmithKline's Motion to Dismiss (Doc #29) is **DENIED**.

 

s/Anita B. Brody
_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                Copies **MAILED** on _____ to: