# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROXANE LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, <br><br> Defendant. | CIVIL ACTION <br><br> No. 09-1638 <br><br> **Hon. Anita B. Brody** |

## [~~PROPOSED~~] ORDER OF DISMISSAL A-63

Roxane Laboratories, Inc. and SmithKline Beecham Corporation d/b/a GlaxoSmithKline (collectively referred to as the "Parties") stipulate and agree that the Parties have reached a confidential, voluntary settlement that resolves all claims in the above-captioned matter. The Parties further agree that the Protective Order (Docket No. 49), governing the confidentiality of materials related to this litigation, shall remain in effect.

IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs, expenses, or fees assigned to any party.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction to enforce the terms of the settlement and over disputes arising out of or relating to the settlement or settlement agreement between the Parties.

IT IS FURTHER ORDERED that the Protective Order entered by this Court shall remain in effect, and this Court retains jurisdiction to enforce the Protective Order through contempt or other order.

Dated: December 14, 2012

| | |
|---|---|
| /s/ Stephen J. Kastenberg | /s/ Jonathan Watkins |
| Stephen J. Kastenberg | Bruce Simon |
| Ballard Spahr LLP | Jonathan Watkins |
| 1735 Market Street, 51st Floor | Pearson, Simon, Warshaw & Penny, LLP |
| Philadelphia, PA 19103 | 44 Montgomery Street, Suite 2450 |
| *Counsel for SmithKline* | San Francisco, CA 94104 |
| *Beecham Corporation d/b/a GlaxoSmithKline* | *Counsel for Roxane Laboratories, Inc.* |

December 17, 2012

BY THE COURT:

_____
Anita B. Brody, J.

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing Proposed Order of Dismissal to be served on counsel listed below via electronic mail:

Bruce L. Simon
Jonathan M. Watkins
PEARSON, SIMON, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1430
San Francisco, CA 94104

*Counsel for Roxane Laboratories, Inc.*

Date: December 14, 2012

/s/ *Jessica M. Anthony*
Jessica M. Anthony

849760.1DMEAST #15988547 v1